IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIAN OSCAR SPENCER,

    Plaintiff,

  v.

                                  Case No.  20-cv-238-bbc

JAMIE BARKER, DR. HANNULA,
AND REED RICHARDSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/9/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |